(69 Hun, 344.)

GILDERSLEEVE v. LESTER.

(Supreme Court, General Term, First Department. May 12, 1893.)

SUPPLEMENTARY PROCEEDINGS—VENUE.

While an order for the examination of a third person in supplementary proceedings may be made by a judge outside of the district in which the debtor resides, all proceedings subsequent to the examination must be before the judge of the district in which the debtor resides.

Appeal from special term, New York county.

Action by Henry A. Gildersleeve, as trustee, against G. Harry Lester. From an order vacating the appointment of a receiver, plaintiff appeals. Affirmed.

For former reports, see 22 N. Y. Supp. 1026, 1028.

Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

J. W. Boothby, for appellant.

L. C. Waehner, for respondent.

PER CURIAM. In Baldwin v. Perry, 25 Hun, 72, it was held that the proper practice, in cases where the judgment debtor resided in a district other than the one of the judge who granted the order, was that all proceedings subsequent to the examination should be made returnable before a judge of the district in which the debtor resided. The same rule is applicable to proceedings for the examination of a third person. While an order for the examination of a third person may be made by a judge outside of the district in which the debtor resides, yet all proceedings subsequent to the examination must be before a judge of the district in which the debtor resides. Under this authority the order setting aside the appointment of the receiver was right, and should be affirmed, with $10 costs and disbursements.